USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA, : 19-Cr-230 (SHS)

-v- :

JUNIOR BELLIARD, ORDER

                Defendant. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        The Court has received a memorandum dated January 15, 2020, from the U.S. Probation Department stating it "has been unable to conduct the presentence interview for Junior Belliard because defense counsel has not responded" to several requests to schedule the presentence interview. Accordingly,

        IT IS HEREBY ORDERED that the defendant's counsel, Calvin H. Scholar, is directed to contact U.S. Probation Officer Pamela C. Flemen, on or before the close of business on Tuesday, January 21, 2020, to schedule a presentence interview within the following seven days. Mr. Scholar shall notify the Court, in writing, as to the date and time of the presentence interview and set forth his reasons, if any, for his failure to respond to the Probation Department's requests.

Dated: New York, New York
        January 17, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.