UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,                          19-Cr-230 (SHS)

          -v-                                      ORDER

JUNIOR BELLIARD,

               Defendant.

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

          IT IS HEREBY ORDERED that the sentencing scheduled for April 15, 2020, is
adjourned to May 26, 2020, at 3:30 p.m.  The defense submission is due by May 12, 2020, the
government's submission is due by May 19, 2020.

Dated: New York, New York
       March 24, 2020

                                        SO ORDERED

                                        SIDNEY H. STEIN
                                        U.S.D.J.